UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv125
(3:06cr48)

| | |
|---|---|
| JIMMIE VANCE GRUBBS, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. In his motion, Petitioner contends that his trial attorneys, Mr. Peter Adolf and Ms. Angela Parrott, were admitted to practice in North Carolina after they began their representation of him and that they were not "licensed in any state during the guilt/innocence phase of his prosecution." (Doc. No. 1 at 6). In order to address Petitioner's claim, the Court directs Mr. Adolf and Ms. Parrott to provide an affidavit to the Court on or before March 25, 2011, reporting the dates of their bar admission and the jurisdictions to which they have been admitted.

**IT IS, THEREFORE ORDERED** that:

(1) On or before March 25, 2011, Mr. Peter Adolf and Ms. Angela Parrott shall file an affidavit reporting the dates of their bar admission and the jurisdiction to which they have been admitted.

(2) The Clerk is directed to serve a copy of this Order on Mr. Peter Adolf and Mr. Angela Parrott, both electronically and by United States mail.

1

**SO ORDERED**.

Signed: March 15, 2011

Robert J. Conrad, Jr.
Chief United States District Judge